AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Noonan, Jr., John T. | 2. Court or Organization<br><br>U.S. Court of Appeals, 9th | 3. Date of Report<br><br>06/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>95 Seventh Street<br>San Francisco, CA 94103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. Member | Advisory Council, Transparency International |
| 3. Member | Editorial Board, American Journal of Jurisprudence |
| 4. Member | President's Council, Graduate Theological School |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/01/86 | University of California pension based on service |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -7 A 11:01 FINANCIAL DISCLOSURE OFFICE

Noonan Jr. John T.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Pension: University of California | $42,540.96 |
| 2. 2009 | Royalty-West Group Foundation Press | $2,114.07 |
| 3. 2009 | Stipend: University of Notre Dame | $3,327.00 |
| 4. 2009 | Stipend: University of San Francisco | $1,000.00 |
| 5. 2009 | Stipend: New School University | $1,000.00 |
| 6. 2009 | Refund: California Franchise Tax Board | $8,161.00 |
| 7. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Graduate Theological Union - President's Council | 10/26/2009 - 10/27/2009 | New York, New York | Meeting | Airfare, Taxis |
| 2. | New School University - Social Research Conference | 3/5/209 - 3/6/2009 | New York, New York | Conference | Lodging, Airfare, Taxis |
| 3. | University of Notre Dame | 5/15/2009 - 5/17/2009 | Notre Dame, Indiana | Commencement Address | Lodging, Meals, Airfare, Taxis |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

| 4. | Villanova University School of Law - John F. Scarpa Conference | 10/22/2009 | Philadelphia, PA | Conference | Lodging, Transportation, Train, Taxis |
|---|---|---|---|---|---|
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 2. Fidelity CA Muni Income Fund (formerly Spartan CA Muni Fd) | D | Interest | M | T | | | | | |
| 3. BP P.L.C. | A | Dividend | J | T | | | | | |
| 4. Wells Fargo Checking Account | A | Interest | M | T | | | | | |
| 5. Wells Fargo Market Rate Account | A | Dividend | L | T | | | | | |
| 6. Wells Fargo IRAs | B | Interest | K | T | | | | | |
| 7. Dreyfus Muni Bond Fund (formerly Insured Muni Bond Fund) | A | Dividend | J | T | | | | | |
| 8. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 9. DWS Global Fund (formerly Scudder Int'l Bond Fund | B | Dividend | K | T | | | | | |
| 10. Wells Fargo Investments-Thornburg Investment Trust | D | Dividend | N | T | | | | | |
| 11. Wachovia Time Deposit | A | Interest | M | T | | | | | |
| 12. Brokerage Account Number 1 Bear Stearns | | | | | | | | | |
| 13. -JP Morgan Chase | A | Dividend | L | T | | | | | |
| 14. -General Mills | B | Dividend | L | T | | | | | |
| 15. -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 16. -Neurobiological Technologies | A | Dividend | J | T | | | | | |
| 17. -BP P.L.C. | C | Dividend | L | T | | | | | |

1. Income Gain Codes.         A =$1,000 or less          B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)             U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Coca Cola Common | B | Dividend | K | T | | | | | |
| 19. -Eli Lilly Corporation | B | Dividend | K | T | | | | | |
| 20. -IBM Common | B | Dividend | L | T | | | | | |
| 21. -Fortune Brands | A | Dividend | K | T | | | | | |
| 22. -Monsanto | A | Dividend | K | T | | | | | |
| 23. -Pfizer | B | Dividend | K | T | | | | | |
| 24. -GNMA Pass Through Pools | A | Interest | | | Sold | 09/15/09 | J | A | |
| 25. -Calvert Social Investment Fund | B | Interest | K | T | | | | | |
| 26. -JP Morgan Prime Money Market Fund | A | Interest | M | T | Buy | 02/12/09 | J | | |
| 27. -JP Morgan Prime Money Market Fund | | | | | Buy | 08/13/09 | J | | |
| 28. -JP Morgan Prime Money Market Fund | | | | | Buy | 11/12/09 | J | | |
| 29. -Diamond Hill Long-Short Fund | | None | L | T | | | | | |
| 30. -Ca State University Revenue Bond | B | Interest | K | T | | | | | |
| 31. -North of the River Sanitary District Bond | B | Interest | K | T | | | | | |
| 32. Trust Number 1 (No personal income) | D | Dividend | N | T | | | | | |
| 33. -Fleet Small Cap Growth Fund | | | | | Buy | 03/04/09 | J | | |
| 34. -Fleet Mid Cap Value Fund | | | | | Buy | 03/04/09 | J | | |

1. Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000    L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 = More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
(See Column C2)           U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fleet Small Cap Value Fund | | | | | Buy | 03/04/09 | J | | |
| 36. -Fleet Mid Cap Growth Fund | | | | | Buy | 03/04/09 | J | | |
| 37. -Fleet Large Cap Growth Fund | | | | | Sold | 03/04/09 | J | A | |
| 38. -Fleet Tax Exempt Fund | | | | | Sold | 03/04/09 | J | A | |
| 39. -Fleet Small Cap Growth Fund | | | | | Buy | 05/05/09 | J | | |
| 40. -Fleet Small Cap Value Fund | | | | | Buy | 05/05/09 | J | | |
| 41. -Fleet Mid Cap Growth Fund | | | | | Buy | 05/05/09 | J | | |
| 42. -Fleet Tax Exempt Fund | | | | | Sold | 05/05/09 | J | A | |
| 43. -Fleet International Equity Fund | | | | | Sold | 10/05/09 | J | A | |
| 44. -Fleet Large Cap Value Fund | | | | | Sold | 10/05/09 | J | A | |
| 45. -Fleet Mid Cap Growth Fund | | | | | Sold | 10/05/09 | J | A | |
| 46. -Fleet Large Cap Growth Fund | | | | | Sold | 10/05/09 | J | A | |
| 47. -Fleet Tax Exempt Fund | | | | | Buy | 10/05/09 | K | | |
| 48. Trust Number 2 (No personal income) | D | Dividend | M | T | | | | | |
| 49. -Fleet International Equity Fund | | | | | Sold | 03/04/09 | J | A | |
| 50. -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Sold | 03/04/09 | J | A | |
| 51. -Fleet Small Cap Growth Fund | | | | | Buy | 03/04/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Fleet Mid Cap Growht Fund | | | | | Buy | 03/04/09 | J | | |
| 53.  -Fleet Small Cap Growth Fund | | | | | Buy | 05/05/09 | J | | |
| 54.  -Fleet MA Intermediate Tax Exempt Bond Fund | | | | | Buy | 10/05/09 | J | | |
| 55.  -Fleet International Equity Fund | | | | | Sold | 10/05/09 | J | A | |
| 56.  -Fleet Large Cap Value Fund | | | | | Sold | 10/05/09 | J | A | |
| 57.  -Fleet Large Cap Growth Fund | | | | | Sold | 10/05/09 | J | A | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
   (See Column C2)           U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Two trusts referred to in this report are as follow:

1. ▨▨▨▨ Trust: The ▨▨▨▨▨▨ Trust was created by ▨▨▨ on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to ▨▨▨▨▨▨▨

2. ▨▨▨▨ 1976 Trust: The ▨▨▨ 1976 Trust was formed by ▨▨▨ in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares for ▨▨▨▨▨▨▨ The trustee has discretion to pay some or all of the net income or principal of my share to ▨▨▨▨▨▨ The trust terminates on the death of ▨▨▨▨, the remainder going to ▨▨▨▨

3. The income of both trusts was paid by the trustee in 2009 to ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨, all over 21 years of age. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of the ▨▨▨▨ of the grantors, so that there is now a distinct trust for ▨▨▨▨▨ under the same trust instruments. Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds. The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544